# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE, | 3:23-cv-00038-MMD-CSD |
| Plaintiff, | |
| v. | **ORDER** |
| BEAU POWELL, *et al.*, | |
| Defendants. | |

The parties have failed to submit their Stipulated Discovery Plan and Scheduling Order. The parties shall file their Proposed Stipulated Discovery Plan and Scheduling Order in accordance with LR 26-1 on or before **Monday, June 26, 2023.**

**IT IS SO ORDERED.**

DATED:  June 6, 2023.

_____
UNITED STATES MAGISTRATE JUDGE