SAO
JOHN T. KEATING
Nevada Bar No. 6373
KEGAN A. MCMULLAN
Nevada Bar No. 16278
K E A T I N G LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
kmcmullan@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorneys for Plaintiff
*Progressive Casualty Insurance*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE,<br><br>Plaintiff,<br><br>vs.<br><br>BEAU POWELL, an individual; NICOLE BEALL, an individual; THE ESTATE OF TANA SUZANNE POWELL, by and through Beau Powell and Kim Dorsey Smith, judicially appointed Special Administrators of the Estate; the ESTATE OF DON ARTHUR POWELL, by and through Beau Powell and Kim Dorsey Smith, judicially appointed Special Administrators of the Estate; DONALD E. WEIR, an individual; RONEY R. GONZALEZ OTAZO, an individual; PROFESSIONAL MARINE HAULER, LLC, a Texas Limited Liability Corporation; BLUESTONE BROKERAGE, INC., an Illinois Corporation; A&M MARINA SERVICE CORP, a Florida Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 3:23-cv-00038<br><br>**STIPULATION AND ORDER TO AMEND PLAINTIFF'S COMPLAINT FOR DECLARATORY RELIEF**<br><br>(Exempt from Mandatory Arbitration Program Pursuant to NAR 3(A) and 5(A)) |

It is hereby stipulated, by and between the Parties and their respective counsels of

1

record, as follows:

1. Plaintiff Progressive Casualty Insurance shall have leave to amend its Complaint to add the following Defendants to this lawsuit: Raymond Perra and Wendy Perra, husband and wife; Maria Woods, individually; Robert Woods, individually; Paola Vazquez, individually; Lana Hardy, individually; Phyllis Atkinson, individually; Tristan Nollsch, individually; USAA Casualty Insurance Company as Subrogee for Defendants Beau Powell, Nicole Beall, The Estate of Tana Suzanne Powell, and The Estate of Don Arthur Powell; CSAA General Insurance Company as Subrogee for Defendants Robert Woods and Maria Woods; State Farm Mutual Automobile Insurance Company as Subrogee for Defendant Paola Vazquez; Privilege Underwriters Reciprocal Exchange as Subrogee for Defendant Lana Hardy; AARP Insurance Program The Hartford as Subrogee for Defendant Phyllis Atkinson; and State Farm Mutual Automobile Insurance Company as Subrogee for Defendant Tristan Nollsch.

2. Further, Plaintiff shall have leave to include in its First Amended Complaint for Declaratory Relief information pertaining to the above-named Defendants as they relate to this matter.

3. Therefore, Plaintiff has attached hereto as **EXHIBIT A** its [Proposed] First Amended Complaint for Declaratory Relief, and as **EXHIBIT B**, its [Proposed] First Amended Summons, to streamline the dispute between the parties and to promote judicial economy.

4. Lastly, Plaintiff shall not be required to personally serve its First Amended Complaint for Declaratory Relief and First Amended Summons on the parties that have already filed a responsive pleading.

///

///

///

IT IS SO STIPULATED.

DATED this 28th day of June, 2023.

KEATING LAW GROUP

By: __/s/John T. Keating_____
JOHN T. KEATING, ESQ.
Nevada Bar No. 6373
KEGAN A. MCMULLAN, ESQ.
Nevada Bar No. 16278
9130 W. Russell Road, Ste. 200
Las Vegas, NV  89148
*Attorneys for Plaintiff*
*Progressive Casualty Insurance*

DATED this 28th day of June, 2023.

SIMONS HALL JOHNSTON PC

By: __/s/Brad M. Johnston_____
BRAD M. JOHNSTON, ESQ.
Nevada Bar No. 8515
690 Sierra Rose Drive
Reno, Nevada 89511
bjohnston@shjnevada.com
Telephone: 775-785-0088
*Attorney for Defendant Donald E. Weir*


DATED this 28th day of June, 2023.

LEVERTY & ASSOCIATES LAW CHTD.


By: ___/s/Patrick A. Leverty_____
PATRICK R. LEVERTY, ESQ.
Nevada Bar No. 8840
832 Willow St.
Reno, NV 89502

ERIC T. PENN, ESQ. (*Pro Hac Vice*)
PETER J. KESTNER, ESQ. (*Pro Hac Vice*)
PENN, KESTNER & MCEWEN
5854 Blackshire Path
Inver Grove Heights, MN 55076
*Attorneys for Defendants Beau Powell,*
*Nicole Beall, The Estate of Tana Suzanne Powell,*
*and The Estate of Don Arthur Powell*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 29, 2023_____

3