# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE,<br><br>Plaintiff,<br><br>v.<br><br>BEAU POWELL, *et al.*,<br><br>Defendants. | 3:23-cv-00038-MMD-CSD<br><br>**ORDER** |

On June 29, 2023, the court stayed the Fed. R. Civ. P. 26(f) requirements until all Defendants in the above listed matter were served with notice of the lawsuit. (ECF No. 38.)

It appears to the court that all Defendants have been served. Therefore,

**IT IS HEREBY ORDERED** that the parties shall file their Proposed Stipulated Discovery Plan and Scheduling Order in accordance with LR 26-1 on or before **Wednesday, January 31, 2024**.

DATED: December 21, 2023.

_____
Craig S. Denney
United States Magistrate Judge

1