JOHN T. KEATING
Nevada Bar No. 6373
**K E A T I N G** LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE,<br><br>Plaintiff,<br><br>vs.<br><br>BEAU POWELL, an individual; NICOLE BEALL, an individual; THE ESTATE OF TANA SUZANNE POWELL, by and through Beau Powell and Kim Dorsey Smith, judicially appointed Special Administrators of the Estate; the ESTATE OF DON ARTHUR POWELL, by and through Beau Powell and Kim Dorsey Smith, judicially appointed Special Administrators of the Estate; DONALD E. WEIR, an individual; RONEY R. GONZALEZ OTAZO, an individual; RAYMOND PERRA and WENDY PERRA, husband and wife; MARIA WOODS, individually; ROBERT WOODS, individually; PAOLA VAZQUEZ, individually; LANA HARDY, individually; PHYLLIS ATKINSON, individually; TRISTAN NOLLSCH, individually; PROFESSIONAL MARINE HAULER, LLC, a Texas Limited Liability Corporation; BLUESTONE BROKERAGE, INC., an Illinois Corporation; A&M MARINA SERVICE CORP, a Florida Corporation; USAA CASUALTY INSURANCE COMPANY as Subrogee for Defendants Beau Powell, Nicole Beall, The Estate of Tana Suzanne Powell, and The Estate of Don Arthur Powell; CSAA GENERAL INSURANCE COMPANY as Subrogee for Defendants Robert Woods and Maria Woods; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY as Subrogee for Defendant Paola Vazquez; | CASE NO.: 3:23-cv-00038<br><br>ORDER GRANTING<br>STIPULATION FOR DISMISSAL<br>WITH PREJUDICE |

1

| | |
|---|---|
| 1 | PRIVILEGE UNDERWRITERS RECIPROCAL EXCHANGE as Subrogee for Defendant Lana Hardy; HARTFORD CASUALTY INSURANCE COMPANY as Subrogee for Defendant Phyllis Atkinson; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY as Subrogee for Defendant Tristan Nollsch; DOES I through X; and ROE CORPORATIONS I through X, inclusive, |

Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their respective counsel, that all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

Dated this 16th day of April, 2025.

**K E A T I N G LAW GROUP**

/s/ John T. Keating
_____
JOHN T. KEATING, ESQ.
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorney for Plaintiff

Dated this 16th day of April, 2025.

**LEVERTY & ASSOCIATES**

/s/ Patrick R. Leverty
_____
PATRICK R. LEVERTY, ESQ.
832 Willow St.
Reno, NV 89502
ERIC T. PENN, ESQ. (*Pro Hac Vice*)
PETER J. KESTNER, ESQ. (*Pro Hac Vice*)
PENN, KESTNER & MCEWEN
5854 Blackshire Path
Inver Grove Heights, MN 55076
*Attorneys for Defendants Beau Powell, Nicole Beall, The Estate of Tana Suzanne Powell, and The Estate of Don Arthur Powell*

Dated this 16th day of April, 2025.

**SIMONS HALL JOHNSTON PC**

/s/ Brad M. Johnston
_____
BRAD M. JOHNSTON, ESQ.
690 Sierra Rose Dr.
Reno, NV 89511
*Attorney for Defendant Donald E. Weir*

Dated this 16th day of April, 2025.

**BRADLEY, DRENDEL & JEANNEY**

/s/ Joseph S. Bradley
_____
JOSEPH S. BRADLEY, ESQ.
P.O. Box 1987
Reno, NV 89505
*Attorneys for Defendants Raymond and Wendy Perra*

*Progressive v. Beau Powell, et al.*
Case No. 3:23-cv-00038
Stipulation and Order for Dismissal with Prejudice

DATED this 16th day of April, 2025.

**ARMSTRONG TEASDALE, LLP**

/s/ Kevin Stolworthy
_____
KEVIN STOLWORTHY
Nevada Bar No. 2798
7160 Rafael Rivera Way, Suite 320
Las Vegas, NV 89113
Attorneys for Defendants
*Phyllis Atkinson and Hartford Casualty Insurance*

Dated this 16th day of April, 2025.

**CARMAN COONEY FORBUSH PLLC**

/s/ Sean D. Cooney
_____
SEAN D. COONEY, ESQ.
ADAM C. EDWARDS, ESQ.
4045 Spencer Street, Suite A47
Las Vegas, NV 89119
*Attorneys for Defendant
State Farm Mutual Automobile Insurance
as Subrogee for Tristan Nollsch*

Dated this 16th day of April, 2025.

**BRADLEY, DRENDEL & JEANNEY**

/s/ Mark Wenzel
_____
MARK WENZEL, ESQ.
P.O. Box 1987
Reno, NV 89505
*Attorneys for Defendants Robert and Maria Woods, Paola Vazquez, and Lana Hardy*

### ORDER

IT IS SO ORDERED.

Dated this 16th day of April, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

3